ANSON A. GIBBS, Appellant, *v.* CHARLES COYKENDALL,
Respondent.

Reoprted below, 39 Hun 140.

(Argued October 30, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday in January, 1886, which affirmed a
judgment in favor of defendant, entered upon a verdict and
affirmed an order denying a motion for a new trial.

*James Wood* for appellant.

*Frederick W. Noyes* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

ISAAC STRAUSS, Respondent, *v.* WILLIAM HEYENGA, Appellant.

(Argued October 31, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made at the October Term, 1886, which affirmed a judgment
in favor of plaintiff, entered upon the report of a referee.

*Samuel Greenbaum* for appellant.

*Donahoe, Newcombe & Cardozo* for respondent.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.